IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Gonzalez, Omar G

Printed: 01/22/09

Case Number: 08 B 20218
Judge: Wedoff, Eugene R
Filed: 8/1/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: December 11, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,417.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,257.48 |
| Trustee Fee: |  | 159.52 |
| Other Funds: |  | 0.00 |
| Totals: | 2,417.00 | 2,417.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Veronica D Joyner | Administrative | 2,850.00 | 2,257.48 |
| 2. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 3. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 4. | Ocwen Loan Servicing LLC | Secured | 5,107.26 | 0.00 |
| 5. | Barclays Capital Real Estate | Secured | 35,740.11 | 0.00 |
| 6. | Educational Credit Management Corp | Unsecured | 4,854.49 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 2,151.51 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 208.02 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 287.21 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 202.23 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 850.04 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 258.57 | 0.00 |
| 13. | Great Lakes Credit Union | Secured |  | No Claim Filed |
| 14. | Protection One | Unsecured |  | No Claim Filed |
|  |  |  | $ 52,509.44 | $ 2,257.48 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 159.52 |
|  | $ 159.52 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Gonzalez, Omar G | Case Number:  08 B 20218 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/22/09 | Filed:  8/1/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

